UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UFCW LOCAL 1500 WELFARE FUND, on behalf of itself and all those similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>JAZZ PHARMACEUTICALS IRELAND LIMITED, JAZZ PHARMACEUTICALS, INC., ROXANE LABORATORIES, INC., HIKMA PHARMACEUTICALS PLC, EUROHEALTH (USA), INC., and WEST-WARD PHARMACEUTICALS CORP.,<br><br>*Defendants*. | Case No. **1:20-cv-03852** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff UFCW Local 1500 Welfare Fund, by and through its undersigned counsel, hereby gives notice that it voluntarily dismisses its claims against all Defendants in the above-captioned actions without prejudice and without costs to any party. None of the adverse parties has served an answer or a motion for summary judgment.

Dated: July 14, 2020

Respectfully submitted,

*/s/ Gregory S. Asciolla*
Gregory S. Asciolla
Karin E. Garvey
Robin A. van der Meulen
Domenico Minerva
Matthew J. Perez
Veronica Bosco
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

gasciolla@labaton.com
kgarvey@labaton.com
rvandermeulen@labaton.com
dminerva@labaton.com
mperez@labaton.com
vbosco@labaton.com

Michael J. Freed
Robert J. Wozniak
Brian Hogan
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Rd, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Fax: (224) 632-4521
mfreed@fklmlaw.com
rwozniak@fklmlaw.com
bhogan@fklmlaw.com

Roberta D. Liebenberg
Paul Costa
Mary L. Russell
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Tel: (215) 567-6565
Fax: (215) 568-5872
rliebenberg@finekaplan.com
pcosta@finekaplan.com
mrussell@finekaplan.com

*Attorneys for Plaintiff and the Proposed Classes*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 14, 2020, I caused the foregoing Notice of Voluntary Dismissal to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Gregory S. Asciolla*
Gregory S. Asciolla